Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670

Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing_office@msn.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOHNNY L. HILL, | Case No.: 1:09-cv- 00073 SMS |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF; ORDER |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and subject to the approval of the court, that Plaintiff shall have an extension of time, to and including October 2, 2009, in which to file Plaintiff's opening brief; Defendant's reply brief shall be due by November 2, 2009 and Plaintiff's reply brief due 15 days thereafter.

-1-

1  This stipulation is made at the request of Plaintiff's counsel to research the
2  matter appropriately. Counsel sincerely apologizes to the court for any
3  inconvenience this may have had upon it or its staff.
4  Respectfully submitted.

6  Date: September 3, 2009      LAW OFFICES OF LAWRENCE D. ROHLFING

8  BY: */s/ Denise Bourgeois Haley*
   Denise Bourgeois Haley
9  Attorney for plaintiff

11  Date: September 3, 2009      McGREGOR W. SCOTT
    United States Attorney
    LUCILLE GONZALES MEIS
12  Chief, Civil Division

14   */s/ Armand D. Roth*
    Armand D. Roth
15  Special Assistant United States Attorney
    Attorneys for Defendant
16  [*by email authorization on 09/03/2009]

Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing_office@msn.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOHNNY L. HILL,<br>　　　　Plaintiff,<br>v.<br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　Defendant. | Case No.: 1:09-cv-00073 SMS<br><br>ORDER EXTENDING TIME TO FILE PLAINTIFF'S OPENING BRIEF |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including October 2, 2009, in which to file Plaintiff's opening brief; Defendant's reply brief shall be due by November 2, 2009 and Plaintiff's reply brief due 15 days thereafter.

DATED: September 3, 2009　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRAGE JUDGE

-3-